**BRICK, BRICK AND ELMER, P.C.**
ATTORNEYS AND COUNSELLORS AT LAW
91 TREMONT STREET
P. O. BOX 604
NORTH TONAWANDA, NEW YORK 14120-0604

PHONE (716) 693-2335
FAX (716) 693-4972
BRICKELMER@AOL.COM

DANIEL EVANS BRICK
KENDRA S. VERGASON
SABRINA M. MAY
JOHN A. READLING

ANTHONY W. BRICK, JR.
(1909-1991)

THOMAS R. ELMER
(1945-2004)

October 26, 2010



Paul R. Warren, Clerk of the Court
United States Bankruptcy Court, WDNY
Olympic Towers
300 Pearl St., Ste. 250
2nd Floor
Buffalo, New York 14202

Re: Dege, III, Henry W./Vicky A./Case # 06-01361 MJK
Request to Deposit Unclaimed Funds into the United State Treasury

Dear Clerk of Court:

Enclosed please find my Trustee's check in the amount of $1.53. I request that the Clerk of the Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

_____ I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), **or**

__X__ The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by the Bankruptcy Rule 3010(a).

Claimant <u>RJM Acquisitions Funding</u>   Amount $1.53   Claims Register # 3



Daniel E. Brick, Trustee

## BRICK, BRICK AND ELMER, P.C.
ATTORNEYS AND COUNSELORS AT LAW
91 TREMONT STREET
P.O. BOX 604
NORTH TONAWANDA, NEW YORK 14120-0604

PHONE (716) 693-2335
FAX (716) 693-4972

DANIEL EVANS BRICK
KENDRA S. VERGASON
SABRINA M. MAY
JOHN A. READLING

ANTHONY W. BRICK, JR.
(1909–1991)

THOMAS R. ELMER
(1945–2004)

October 26, 2010

RJM Acquisitions Funding, LLC/Wells Fargo Bank
575 Underhill Blvd., Ste. 224
Syosset, NY 11791-

Re: DEGE, HENRY W., III
    Case No.: 06-01361 MJK

Ladies and Gentlemen:

Enclosed please find a check in the amount of $1.53 representing a Second Supplemental Distribution of your claim in the above listed bankruptcy case.

Thank you for your consideration.

Very truly yours,

BRICK, BRICK & ELMER, P.C.

Daniel E. Brick
Trustee

DEB:tac
Enclosure

FORM B10 (Official Form 10) (04/04)

| UNITED STATES BANKRUPTCY COURT __WESTERN__ DISTRICT OF __NEW YORK__ | PROOF OF CLAIM |
|---|---|
| Name of Debtor: HENRY W DEGE III AND VICKY A DEGE | Case Number: 06-01361 |

Buck #3

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):
RJM ACQUISITIONS FUNDING LLC. ASSIGNEE OF WELLS FARGO BANK

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Name and address where notices should be sent:
RJM ACQUISTIONS FUNDING LLC
575 UNDERHILL BLVD STE 224
SYOSSET, NY 11791

☐ Check box if you have never received any notices from the bankruptcy court in this case.
☐ Check box if the address differs from the address on the envelope sent to you by the court.

Telephone number: 800-541-0824

THIS SPACE IS FOR COURT USE ONLY

Account or other number by which creditor identifies debtor:
4726361128479

Check here if this claim ☐ replaces / ☐ amends a previously filed claim, dated:_____

1. **Basis for Claim**
   - ☐ Goods sold
   - ☐ Services performed
   - ☐ Money loaned
   - ☐ Personal injury/wrongful death
   - ☐ Taxes
   - ☑ Other  CREDIT CARD PURCHASES LESS PAYMENTS
   - ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
   - ☐ Wages, salaries, and compensation (fill out below)
     Last four digits of SS #: _____
     Unpaid compensation for services performed
     from _____ to _____
     (date)        (date)

2. **Date debt was incurred:** 8/1/95

3. **If court judgment, date obtained:**

4. **Total Amount of Claim at Time Case Filed:** $ __612.24__ _____ _____ __612.24__
   (unsecured)   (secured)   (priority)   (Total)

   If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.

   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

5. **Secured Claim.**
   ☐ Check this box if your claim is secured by collateral (including a right of setoff).
   Brief Description of Collateral:
   ☐ Real Estate  ☐ Motor Vehicle
   ☐ Other _____
   Value of Collateral: $_____
   Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

6. **Unsecured Nonpriority Claim** $ __612.24__
   ☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

7. **Unsecured Priority Claim.**
   ☐ Check this box if you have an unsecured priority claim
   Amount entitled to priority $_____
   Specify the priority of the claim:
   ☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
   ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
   ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
   ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units-11 U.S.C. § 507(a)(8).
   ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
   *Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

8. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

9. **Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary

THIS SPACE IS FOR COURT USE ONLY

FILED JUL 10 2006
BANKRUPTCY COURT
BUFFALO, N.Y.

Date: 7/5/06

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):
_[signature]_
EILEEN GRAHAM- ACCOUNT SPECIALIST SUPERVISOR

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.